# Court of Appeals
# of the State of Georgia

ATLANTA,  April 20, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1541.  DONALD FUTCH v. THE STATE.**

Donald Futch filed this direct appeal from the trial court's order revoking his probation for violating special conditions of his probation.  An application for discretionary appeal, however, is required to appeal orders regarding probation revocation. OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873, 873-874 (505 SE2d 228) (1998) (where the underlying subject matter is probation revocation, the discretionary appeal procedure applies). Futch's failure to comply with the discretionary appeal procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/20/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*